```
ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:  (209) 544-0200
Fax:        (209) 544-1860
```

Attorney for Defendant
ANDREA KATHLEEN SIMPSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-cr-91 LJO |
| ) | |
| Plaintiffs, ) | STIPULATION AND ORDER TO |
| ) | EXTEND BOND DEADLINE |
| vs. ) | |
| ) | |
| ) | |
| ANDREA KATHLEEN SIMPSON, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between defendant ANDREA KATHLEEN SIMPSON, through her attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney KATHLEEN ANNE SERVATIUS, stipulate and agree to the following:

   1.   The presently scheduled $50,000.00 secured bond date of May 18th, 2007, shall be extended and rescheduled for June 1st, 2007.

   2.   The reason for the requested extension of the $50,000.00 secured bond  is that the defendant ANDREA KATHLEEN SIMPSON, is in the process of obtaining an item

1

1  needed for the EASTERN DISTRICT FEDERAL PROPERTY BOND, that
2  has a turn around time that exceeds the time originally
3  allotted.
4     Pre-trial services officer KIM DALTON has been notified
5  and has no objection to this stipulation.

7  Dated: May 23, 2007           /s/ Robert L. Forkner
                                 ROBERT L. FORKNER
8                                Attorney for Defendant
                                 ANDREA KATHLEEN SIMPSON

11 Dated: May 23, 2007           /s/ Kathleen A. Servatius
                                 KATHLEEN ANNE SERVATIUS
12                               ASSISTANT US ATTORNEY

**ORDER**

IT IS SO ORDERED.

   Dated:  **May 24, 2007**           /s/ **Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

2