1  ROBERT L. FORKNER (CSB# 166097)
   Law Offices of Robert L. Forkner
2  722 Thirteenth Street
   Modesto, California 95354
3  Telephone:  (209) 544-0200
   Fax:        (209) 544-1860
4

5  Attorney for Defendant
   ANDREA KATHLEEN SIMPSON
6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,    )   CASE NO. 1:07-CR-91 LJO
11                               )
            Plaintiffs,          )   STIPULATION AND ORDER
12                               )   TO ALLOW DEFENDANT OUT OF
    vs.                          )   STATE TRAVEL FOR VISITATION
13                               )   WITH PARENTS AND DAUGHTER
                                 )
14  ANDREA KATHLEEN SIMPSON,     )
                                 )
15          Defendants.          )
                                 )
16  ─────────────────────────────

17       IT IS HEREBY STIPULATED by and between defendant ANDREA

18  KATHLEEN SIMPSON, through her attorney, ROBERT L. FORKNER

19  and plaintiff United States of America, through its counsel

20  of record, Assistant United States Attorney KATHLEEN ANNE

21  SERVATIUS, stipulate and agree to the following:

22       1.   Defendant ANDREA KATHLEEN SIMPSON may travel out of

23  state, leaving by car on December 20, 2007 and return by

24  plane on January 4, 2008 for visitation with her parents and

25  daughter.

26       2.   Defendant will stay with parents throughout the

27

28                              1

entire visit at 113 Dames Avenue, Gallatin, Tennessee, 37066-6056.  Parents phone number is (615) 989-1281.

Pretrial services officer Kim Dalton has been advised and has no objections.

DATED: December 7, 2007        /s/ Robert L. Forkner
                               ROBERT L. FORKNER
                               Attorney for Defendant
                               Andrea Kathleen Simpson

DATED: December 7, 2007        /s/ Kathleen Anne Servatius
                               KATHLEEN ANNE SERVATIUS
                               Assistant US Attorney


## ORDER

IT IS SO ORDERED that the defendant may travel out of state leaving by car on December 20, 2007 and return by plane on January 4, 2008, and stay with parents throughout the entire visit at 113 Dames Avenue, Gallatin, Tennessee, 37066-6056.

IT IS SO ORDERED.

Dated:   December 7, 2007              /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE