ROBERT L. FORKNER (CSB# 166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, California 95354
Telephone:   (209)544-0200
Fax:              (209)544-1860

Attorneys for the Defendant,
ANDREA KATHLEEN SIMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-0091 LJO |
| Plaintiff, | ORDER RE: EXONERATION OF BOND, RECONVEYANCE OF REAL PROPERTY AND PERMISSION TO TRAVEL OUT OF STATE |
| vs. | |
| ANDREA KATHLEEN SIMPSON, | |
| Defendants. | |

On June 1, 2006, a Deed of Trust and Straight Note were posted by the Defendant, Andrea Kathleen Simpson on her own behalf.  On July 31, 2007, a Bail Review hearing was held and the Defendant, Andrea Simpson was released from custody pursuant to a Court Order.  On September 5, 2008 a change of plea hearing was held at which time the court ordered that the property bond be exonerated.  Further it was stipulated between defense counsel Robert L. Forkner and Assistant United States Attorney Kathleen Servatius that the defendant may travel out of state to reside with her parents at 113 Dames Avenue, Gallatin, Tennessee, 37066-6056 until her sentencing on November 21, 2008 at 9:00 a.m. before the Honorable Judge Lawrence J. O'Neill.

1   Pretrial Services Officer Kim Dalter has been advised and has no objections.

2   Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned
3   case be exonerated and title to the real property located in Delhi, California, be reconveyed to the
4   owner, ANDREA KATHLEEN SIMPSON.  It is further ordered that all correspondence
5   regarding reconveyance of the posted property be sent to Ms. Simpson at her parents address in
6   Tennessee and that she reside with her parents until the date of her sentencing on November 21,
7   2008.

8   IT IS SO ORDERED.

9   Dated:   **October 9, 2008**          /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE